IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH BLUE, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:19-CV-1799-K |
| | § | |
| VETERANS MEDICAL CENTER, | § | |
|     DEFENDANT. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Signed January 13th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE